UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| IN RE:  DOLES, TERRY EUGENE<br>MONTANARO-DOLES, EMILY KATE<br>  Debtor(s) | CASE NO. 08-23821 JPK |
|---|---|

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE  J PHILLIP KLINGEBERGER:

Comes now Stacia L. Yoon, Trustee, and states as follows:

1.  I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

2. Pursuant to FRBP 3011, the following creditors listed on the attached Exhibit A are entitled to distribution of less than $5.00 each.

3.  Pursuant to FRBP 3010, the distributions shown in Paragraph 2 herein are to be treated in the same manner as unclaimed funds, as provided for in 11 U.S.C. §347.

4.  Trustee now tenders these sum(s) to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED: December 11, 2009              By: /s/ Stacia L. Yoon
                                      STACIA L. YOON, TRUSTEE #16933-53
                                      Genetos Retson Yoon & Molina LLP
                                      8585 Broadway, Suite 480
                                      Merrillville, IN 46410
                                      Telephone: (219) 755-0401
                                      bankruptcy@grymlaw.com

**DISTRIBUTION:**
Electronically:
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Christopher R. Schmidgall, bankruptcy@garryaweiss.com
Regular Mail:
DOLES, TERRY EUGENE, 6-2 NORTH 550 WEST, VALPARAISO, IN 46385
MONTANARO-DOLES, EMILY KATE, 415 WEST 600 NORTH, VALPARAISO, IN 46385
GLA Collection Co., Inc., P.O. Box 7728, Dept 002, Lousiville, KY 40257

Printed: 12/08/09 08:56 AM

# Claims Distribution Small Checks

Page: 1

### Trustee: Stacia L. Yoon, Chapter 7 Trustee  (340450)

Case:  08-23821  -  DOLES, TERRY EUGENE

| Account No. | Check No. | Issued | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Filed | Priority | Claimant | | | | |
| 31225284766 | 113 | 12/08/09 | | Payee: | U.S. Bankruptcy Court | | | Check Amount: | $3.55 |
| | | 9 | 04/16/09 | 610 | GLA Collection Co Inc<br>PO Box 7728 Dept 002<br>Louisville, KY 40257 | 50.00 | 50.00 | 3.55 | 3.55 |

(*) Denotes objection to Amount Filed